IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ANTELOPE MEDIA, LLC, | |
| Defendant | |

The above-titled matter was reassigned to the undersigned on November 10, 2008, in light of plaintiff's having declined to consent to having Magistrate Judge Patricia V. Trumbull hear the matter.

Prior to the reassignment, Magistrate Judge Trumbull, by order filed November 4, 2008, ordered plaintiff to show cause, in writing and no later than December 5, 2008, why the above-titled action should not be dismissed for lack of personal jurisdiction.

The reassignment of the case to the undersigned does not relieve plaintiff of the obligation to show cause.

Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE, in writing and no later than December 5, 2008, why the instant matter should not be dismissed for lack of personal jurisdiction.  Defendant, no later than December 19, 2008, may file a response to

plaintiff's showing. As of December 19, 2008, the Court will take the matter under submission, unless the parties are otherwise informed.

**IT IS SO ORDERED.**

Dated: November 18, 2008

_____
MAXINE M. CHESNEY
United States District Judge