IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER SETTING DEADLINE TO SERVE DEFENDANTS SUNRISE MEDIA, LTD., MIKE HERMANN, AND THORSTEN PALICKI; CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants / | |

Before the Court is plaintiff IO Group, Inc.'s Separate Case Management Statement, filed March 13, 2009.[1] Having read and considered the Statement, the Court rules as follows.

Because the Clerk has entered the default of Antelope Media, LLC, and plaintiff has not yet served defendants Sunrise Media, Ltd., Mike Hermann, and Thorsten Palicki, the Court finds it appropriate to set a deadline for plaintiff to effectuate service of process on

---

[1] Plaintiff did not provide the Court with a chambers copy of its Statement. For future reference, plaintiff is reminded of the following provision in the Court's Standing Orders: "In all cases that have been assigned to the Electronic Case Filing Program, the parties are required to provide for use in chambers one paper copy of each document that is filed electronically. The paper copy of each such document shall be delivered no later than noon on the day after the document is filed electronically. The paper copy shall be marked 'Chambers Copy' and shall be delivered to the Clerk's Office in an envelope clearly marked with the judge's name, case number, and 'E-Filing Chambers Copy.'"

the unserved defendants and to continue the Case Management Conference.

Accordingly, plaintiff is hereby DIRECTED to serve Sunrise Media, Ltd., Mike Hermann, and Thorsten Palicki no later than May 29, 2009.

The Case Management Conference is hereby CONTINUED from March 20, 2009 to July 10, 2009.  A Joint Case Management Statement shall be filed no later than July 2, 2009.

**IT IS SO ORDERED.**

Dated:  March 18, 2009

MAXINE M. CHESNEY
United States District Judge

2