D. GILL SPERLEIN (172887)
THE LAW FIRM OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | CASE NO.: C-08-4050 (MMC) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF IO GROUP, INC.'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |
| vs. | |
| ANTELOPE MEDIA, LLC, an Arizonian limited liability company, SUNRISE MEDIA, Ltd., a British Limited Company, MIKE HERMANN, a.k.a. MAIK HERRMANN, a resident of Germany; THORSTEN PALICKI, a resident of Germany; and DOES 1 through 9 inclusive, | No Hearing |
| Defendants. | |

**[PROPOSED] ORDER**

On April 3, 2009, Plaintiff filed its motion for leave to file a Second Amended Complaint.  Rule 15 Mandates that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. Pro. 15(a)(2).

-2-

1  The Court having reviewed and considered the moving papers, ~~thereto~~ and **GOOD
2  CAUSE APPEARING**, Plaintiff's motion is hereby **GRANTED**.
3
4  Plaintiff shall file the Second Amended Complaint no later then
5  April 15, 2009_____.
6
7  **IT IS HEREBY ORDERED**:
8
9
10 Dated: April 9, 2009_____    _____
11                                   MAXINE M. CHESNEY
                                     UNITED STATES DISTRICT JUDGE