IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ANTELOPE MEDIA, LLC, et al.,<br><br>       Defendants<br>_____/ | No. C 09-1710 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DEADLINE TO SERVE DEFENDANTS; CONTINUING CASE MANAGEMENT CONFERENCE; REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S ADMINISTRATIVE REQUEST FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE** |

     Before the Court is plaintiff's "Second Miscellaneous Administrative Request Pursuant to Local Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference; and Motion to Extend Deadline to Serve All Defendants," filed May 28, 2009. Having read and considered the request and motion, the Court rules as follows:

     1. Good cause appearing, plaintiff's request for an extension of time to serve defendants is hereby GRANTED. Plaintiff is hereby DIRECTED to serve defendants no later than September 25, 2009.

     2. The Case Management Conference is hereby CONTINUED from July 10, 2009 to October 30, 2009. A Joint Case Management Statement shall be filed no later than October 23, 2009.

//

     3. Plaintiff's administrative request for leave to take discovery, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar. Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

     **IT IS SO ORDERED**.

Dated: June 1, 2009

_____
MAXINE M. CHESNEY
United States District Judge