D. GILL SPERLEIN (172887)
THE LAW FIRM OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 378-2625
Facsimile: (415) 252-7747
legal@titanmedia.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>   Plaintiff,<br><br>      vs.<br><br>ANTELOPE MEDIA, LLC, an Arizonian limited liability company, SUNRISE MEDIA, Ltd., a British Limited Company, MIKE HERMANN, a.k.a. MAIK HERRMANN, a resident of Germany; THORSTEN PALICKI, a resident of Germany; NEWHAVEN, a Dutch business entity, type unknown, PATRICK SCHWARZ, a resident of the Netherlands, and DOES 1 through 9 inclusive,<br><br>   Defendants. | CASE NO.: C-08-4050 (MMC)<br><br>[**PROPOSED**] ORDER FOR LEAVE TO TAKE EARLY DISCOVERY<br><br>**No Hearing** |

## [**PROPOSED**] ORDER

Having considered Plaintiff's Miscellaneous Administrative Request Pursuant to Local Rule 7-11 for Leave to Take Discovery Prior to Rule 26 Conference and Motion to Extend Deadline to Serve All Defendants, and finding good cause therefore,

**IT IS HEREBY ORDERED,** that Plaintiff is granted leave to take early discovery. Plaintiff may immediately serve subpoenas on the following third parties requesting the corresponding documents:

**GoDaddy.com, Inc. -**

Any and all documents identifying the name and address and other identifying information for individuals or companies who registered the Internet domain name monstercocktube.com, including without limitation, payment records with the name, address or other identifying information for any person or entity that made payment to GoDaddy.com, Inc., or any related entity for domain registration services associated with monstercocktube.com.

Any and all documents showing the dates the domain name monstercocktube.com was registered to any individual or entity and the dates such registration transferred from one individual or entity to another.

**WMM Holdings, LLC, National A-1 Internet, Cubric Media, Inc. and Hye Web Productions, Inc. -**

Any and all documents identifying the name, address or other identifying information of any individual or entity to whom [WMM Holdings, LLC, National A-1 Internet, Cubric Media, Inc. or Hye Web Productions, Inc.] or any related entity made payment for fees due or services provided by monstercocktube.com, including without limitation, affiliate or advertising payments and any and all documents identifying the date such payments were made.

**Segregated Payments, Inc.**

Any and all documents identifying the name, address or other identifying information of any individual or entity to whom Segregated Payments Inc. or any related entity made payment for

membership fees collected or amounts otherwise due in relation to the operation of monstercocktube.com and all documents identifying the dates such payments were made.

**IT IS FURTHER ORDERED**, that if any party served with a subpoena in accordance with this Order does not have responsive documents in its control but identifies another entity which may have responsive documents, Plaintiff may serve on such indentified entities subpoenas substantially similar to the subpoenas described and authorized herein;

**IT IS FURTHER ORDERED,** that subpoenas authorized by this order and issued pursuant thereto shall be deemed appropriate court orders under 47 U.S.C. §551;

**IT IS FURTHER ORDERED,** Plaintiff shall allow third parties __14__ days from the service date to respond to any subpoena issued and served in accordance with this Order; and

**IT IS FURTHER ORDERED,** the deadline for serving all Defendants in this matter shall be extended 120 days from the date of this order.

Dated: June 26, 2009

_____
~~MAXINE M. CHESNEY~~
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

# CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94103.  I am readily familiar with the practice of this office for collection and processing of correspondence for mailing with the United States Post Office and correspondence is deposited with United States Post Office that same day in the ordinary course of business. Today I served the attached:

- *IO GROUP, INC. V. ANTELOPE, MEDIA, LLC, et al* **C-08-4050 (MMC)** - *PLAINTIFF'S SECOND MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26 CONFERENCE; and MOTION TO EXTEND DEADLINE TO SERVE ALL DEFENDANTS*
- *IO GROUP, INC. V. ANTELOPE, MEDIA, LLC, et al* **C-08-4050 (MMC)** - **DECLARATION OF GILL SPERLEIN IN SUPPORT**
- *IO GROUP, INC. V. ANTELOPE, MEDIA, LLC, et al* **C-08-4050 (MMC)** - **[PROPOSED] ORDER**

by causing a true and correct copy of the above to be placed with United States Post Office at San Francisco, California in a sealed envelope with Priority Mail® International Flat-Rate Envelope postage prepaid, addressed as follows:

Sunrise Media, Ltd
69 Great Hampton Street
Birmingham
United Kingdom
B18 6EW

And via UPS Ground to:

UNITED STATES DISTRICT COURT
CLERK OF THE COURT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA  94103

*Io Group, Inc. v. Antelope Media, LLC*
C- 08-4050 (MMC) - e-filing Chambers Copy

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 28, 2009.

                                                             */s/ D. Gill Sperlein*

Dated: *May 28, 2009*   _____
                                                           GILL SPERLEIN,
                                                           Counsel for Plaintiff Io Group, Inc.