IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER EXTENDING DEADLINE FOR DEFENDANTS PALICKI AND HERRMANN TO FILE RESPONSE TO COMPLAINT** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants / | |

The Court is in receipt of a letter, filed August 28, 2009, by which defendant Thorsten Palicki ("Palicki") states that he and defendant Maik Herrmann ("Herrmann") have recently been served with process. According to Palicki, he and Herrmann reside in Europe, are not proficient in English, and need additional time to locate counsel who can represent them in the United States.

In light of the moving defendants' asserted difficulties in locating counsel, the Court will afford them a limited extension of time to file an Answer or motion in response to the complaint with which they were served.[1] Specifically, the deadline for Palicki and Herrmann to file a response is hereby EXTENDED to October 2, 2009.[2]

---

[1] Given the limited amount of information provided, the Court makes no finding herein as to whether service was properly accomplished.

[2] The Court notes that Palicki delivered the instant letter to the Clerk of the Court by facsimile and failed to provide a mailing address. As a consequence, the Court is unable to direct the Clerk to serve Palicki and Herrmann with a copy of the instant order by mail. If and when Palicki and/or Herrmann provide the Court with a mailing address, the Court will direct the Clerk to serve them by mail with a copy of the instant order.

Any request for a further continuance must be supported by a specific showing of good cause.  See Fed. R. Civ. P. 6(b)(1), 16(e)(4).

**IT IS SO ORDERED.**

Dated:  September 2, 2009

_____
MAXINE M. CHESNEY
United States District Judge