Thorsten Palicki
Rosstr. 27
50823 Köln
Germany

**FILED**

OCT 0 2 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

California Northern District Court
Honorable Magistrate Judge Maxine M. Chesney
Attn: Richard W. Wieking
280 South 1st Street
San Jose, CA 95113
USA

In Advance by Fax 001-415-522-2176

Case No C-08-4050 (MMC)

Your Honor,

out of respect for your high office, not least out of respect for you personally, we provide you with a text in a rudimentary English translation. That is why we want to have to take this opportunity to apologize for possible errors. I would point out, however, that we are neither U.S. citizens nor residents or business owners in the United States of America and our English is restricted to limited educational qualifications. This includes the formulation of a legally binding text in English, so we have formulated the relevant text in German.

In our previous letter In which I have asked for a postponement of the deadline, we have pointed to the fact that it is for us as not-Americans impossible to get legal assistance In California. We did, however, consult a German lawyer who is obviously not approved in California. According to his legal advice the action brought by IO Group has not been properly served. According to constitutional principles of the Federal Republic of Germany, this action is deemed non-served and only the constitutional principles of the Federal Republic of Germany for us as non-americans are valid. So I would ask you to instruct the plaintiff to send us the compalnt with constitutional principles of the Federal Republic of Germany.

Yours respectfully

Thorsten Palickl          Maik Herrmann

P.S.: You will recieve this fax with normal mail within the next few days.

Thorsten Palicki
Rosstr. 27
50823 Köln
Germany


RECEIVED
OCT 02 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

California Northern District Court
Honorable Magistrate Judge Maxine M. Chesney
Attn: Richard W. Wieking
280 South 1st Street
San Jose, CA 95113
USA

Im Vorraus per Fax 001-415-522-2176

Sehr geehrte Frau Vorsitzende Richterin Chesney,

aus Respekt vor Ihrem hohem Amt und nicht zuletzt vor Ihnen persönlich stellen wir Ihnen diesen Text in einer rudimentären englischen Übersetzung zur Verfügung die auch mit Hilfe einer online Übersetzung entstanden ist. Deswegen möchten wir uns schon an dieser Stelle für mögliche Fehler entschuldigen. Ich möchte Sie jedoch darauf hinweisen, dass wir weder amerikanische Staatsbürger, noch Einwohner oder Firmeninhaber in den Vereinigten Staaten von Amerika sind und unser Englisch sich auf begrenzte Schulkenntnisse beschränkt. Dies schließt auch die Formulierung eines rechtsverbindlichen Textes in Englisch aus, deswegen haben wir den relevanten Text in deutsch formuliert.

In unserem früheren Schreiben, in dem wir um einen Aufschub der Frist gebeten haben, haben wir Sie darauf hingewiesen, dass es für uns als nicht-Amerikaner unmöglich ist, Rechtsbeistand in Kalifornien zu bekommen. Daran hat sich leider nichts geändert. Wir konnten uns aber mit einem deutschen Anwalt, der natürlich keine Zulassung in Kalifornien hat, beraten und nach dessen Rechtsauskunft ist die Klage der Firma IO Group nicht ordnungsgemäß zugestellt worden. Nach rechtsstaatlichen Prinzipien der Bundesrepublik Deutschland gilt diese Klage als nicht-zugestellt und nur die rechtsstaatlichen Prinzipien der Bundesrepublik Deutschland sind für uns als nicht-amerikaner gültig. Deswegen möchte ich sie bitten, den Kläger anzuweisen, uns die Klage nach rechtsstaatlichen Prinzipen der Bundesrepublik Deutschland zuzustellen.

Hochachtungsvoll
Mit freundlichen Grüßen

Thorsten Palicki                                    Maik Herrmann

P.S. Dieses Schreiben wird Ihnen in den kommenden Tage per Briefpost zugehen.