IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER RE: DEFENDANTS PALICKI AND HERRMANN'S OCTOBER 2, 2009 LETTER; DIRECTING DEFENDANTS TO FILE ANSWER TO SECOND AMENDED COMPLAINT** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants / | |

By order filed September 2, 2009, the Court extended to October 2, 2009 the deadline for defendants Thorsten Palicki ("Palicki") and Maik Herrmann ("Herrmann") to respond to the First Amended Complaint.

On October 2, 2009, Palicki and Herrmann, proceeding pro se, filed a letter in which they state as follows: "According to constitutional principles of the Federal Republic of Germany, this action is deemed non-served and only the constitutional principles of the Federal Republic of Germany for [defendants] as non-americans are valid." Defendants also make the following request: "[Defendants] would ask [the Court] to instruct the plaintiff to send us the complaint with constitutional principles of the Federal Republic of Germany." Plaintiff, construing defendants' letter to be a motion to dismiss, has filed opposition.

Having read and considered defendants' letter and plaintiff's response thereto, the Court rules as follows.

In light of defendants' status as pro se parties, the Court construes the letter as a motion to dismiss for insufficient service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure. So construed, the motion, for the reasons stated by plaintiff, is hereby DENIED. Specifically, plaintiff has offered evidence, undisputed by defendants, that Palicki and Herrmann were each individually served in the State of Florida in a manner that comports with Rule 4(e)(2)(A) of the Federal Rules of Civil Procedure. Because neither Palicki nor Herrmann was served "at a place not within any judicial district of the United States," the rules pertaining to service of process outside the United States, see Fed. R. Civ. P. 4(f), are inapplicable.

Accordingly, defendants are hereby DIRECTED to file an answer to the Second Amended Complaint no later than November 20, 2009.

**IT IS SO ORDERED.**

Dated: October 23, 2009

MAXINE M. CHESNEY
United States District Judge