IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants | |

Before the Court is plaintiff IO Group, Inc.'s Separate Case Management Statement, filed October 22, 2009.

As set forth therein, the Clerk has entered the default of Antelope Media, LLC, plaintiff has not yet served defendant Sunrise Media, Ltd., and defendants Mike Herrmann and Thorsten Palicki have not yet filed an answer.[1] Under such circumstances, the Court finds it appropriate to continue the Case Management Conference.

Accordingly, the Case Management Conference is hereby CONTINUED from October 30, 2009 to February 5, 2010. A Joint Case Management Statement shall be filed no later than January 29, 2010.

**IT IS SO ORDERED.**

Dated: October 23, 2009

MAXINE M. CHESNEY
United States District Judge

---

[1] The deadline for plaintiff to serve Sunrise Media, Ltd. is November 30, 2009. The deadline for defendants Mike Herrmann and Thorsten Palicki to file an answer is November 20, 2009.