D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, | CASE NO.: C-08-4050 (MMC) |
| Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF IO GROUP'S MOTION TO SHORTEN TIME |
| vs. | |
| ANTELOPE MEDIA, LLC, an Arizonian limited liability company, SUNRISE MEDIA, Ltd., a British Limited Company, MIKE HERMANN, a.k.a. MAIK HERRMANN, a resident of Germany; THORSTEN PALICKI, a resident of Germany; and DOES 1 through 9 inclusive, | **No Hearing Date Set** |
| Defendants. | |

## [PROPOSED] ORDER

Plaintiff filed a motion to shorten the notice period in advance of its Motion for Leave to File a Third Amended Complaint and to Serve Defendants via Electronic Mail.

-1-

Having considered the moving papers, supporting declarations and the arguments presented therein, the Court hereby **GRANTS** the Motion.

The Court hereby vacates the date currently set for hearing of Plaintiff's Motion for Leave to File Its Third Amended Complaint and to Serve Defendants via Electronic Mail.

Defendants Thorsten Palicki and Maik Herrmann are **HEREBY ORDERED** to file any papers in opposition to Plaintiff's Motion for Leave to File a Third Amended Complaint and to Serve Defendants via Electronic Mail within five (5) court days of this order.

**IT IS HEREBY ORDERED**:

Dated:_____     _____
                                MAXINE M. CHESNEY
                                UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94103. Today I served the attached:

- **PLAINTIFF IO GROUP'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT AND TO SERVE DEFENDANTS VIA ELECTRONIC MAIL**
- **MOTION TO SHORTEN TIME**
- **DECLARATION OF D. GILL SPERLEIN IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND TO SERVE DEFENDANTS VIA ELECTRONIC MAIL AND PLAINTIFF'S MOTION TO SHORTEN TIME**
- **DECLARATION OF KEITH RUOFF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT AND TO SERVE DEFENDANTS VIA ELECTRONIC MAIL AND PLAINTIFF'S MOTION TO SHORTEN TIME**
- **[PROPOSED]  ORDER GRANTING PLAINTIFF IO GROUP'S MOTION TO SHORTEN TIME**

by attaching true and correct copies of the above to be sent via electronic mail to the following addresses:

| | |
|---|---|
| Sunrise Media, Ltd. | sunrisemedialtd@yahoo.co.uk |
| Thorsten Palicki | thorsten@alphamalecash.com; tp@p-h-media.com; and Thorsten@alphamalecash.com |
| Miak Herrmann | mh@p-h-media.com; and maik@alphamalecash.com |

Previous attempts to deliver papers to addresses provided to the Court by defendants were rejected.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 9,  2009.

/s/ *D. Gill Sperlein*

D. Gill Sperlein

-1-