D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>    Plaintiff,<br><br>              vs.<br><br>ANTELOPE MEDIA, LLC, an Arizonian limited liability company, SUNRISE MEDIA, Ltd., a British Limited Company, MIKE HERMANN, a.k.a. MAIK HERRMANN, a resident of Germany; THORSTEN PALICKI, a resident of Germany; and DOES 1 through 9 inclusive,<br><br>    Defendants. | ) CASE NO.: C-08-4050 (MMC)<br>)<br>) **[PROPOSED]  ORDER GRANTING**<br>) **PLAINTIFF LEAVE TO FILE THIRD**<br>) **AMENDED COMPLAINT AND TO**<br>) **SERVE DEFENDANTS SUNRISE**<br>) **MEDIA, LTD AND PSI SERVICES,**<br>) **SA, VIA ELECTRONIC MAIL**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Plaintiff brought its Motion for Leave to File a Third Amended Complaint adding PSI Services, SA as a defendant and to serve PSI Services, SA and Sunrise Media, Ltd. via electronic mail.

Concurrently with its substantive motion, Plaintiff filed a motion to shorten the notice period in advance of the substantive motion.  The Court granted plaintiff's request to shorten the notice period.

Having now considered the moving papers, supporting declarations and the arguments presented therein, as well as, previously filed documents, the Court hereby **GRANTS** plaintiff's Motion.

Plaintiff shall file its Third Amended Complaint within five (5) days of this Order.

Plaintiff shall serve Sunrise Media, Ltd. and PSI Services, SA by sending the Third Amended Summons and Complaint to the following e-mail addresses, as well as, to any other e-mail addresses which plaintiff knows or believes defendants use.

| | |
|---|---|
| Sunrise Media, Ltd. | sunrisemedialtd@yahoo.co.uk |
| Thorsten Palicki | thorsten@alphamalecash.com; tp@p-h-media.com; and Thorsten@alphamalecash.com |
| Miak Herrmann | maik@alphamalecash.com |

Plaintiff shall file a proof of service with the Court, noting whether any e-mails were returned as undeliverable.

**IT IS HEREBY ORDERED**:


Dated:_____          _____
                                    MAXINE M. CHESNEY
                                    UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I am over 18 years of age, am employed in the county of San Francisco, at 69 Converse Street, San Francisco, California, 94103. Today I served the attached:

- **[PROPOSED]  ORDER GRANTING PLAINTIFF LEAVE TO FILE THIRD AMENDED COMPLAINT**

by attaching true and correct copies of the above to be sent via electronic mail to the following addresses:

| | |
|---|---|
| Sunrise Media, Ltd. | sunrisemedialtd@yahoo.co.uk |
| Thorsten Palicki | thorsten@alphamalecash.com; tp@p-h-media.com; and Thorsten@alphamalecash.com |
| Miak Herrmann | maik@alphamalecash.com |

Previous attempts to deliver papers to addresses provided to the Court by defendants were rejected.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on November 11, 2009.

/s/ *D. Gill Sperlein*

D. Gill Sperlein

-1-