D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>ANTELOPE MEDIA, LLC, an Arizonian limited liability company, SUNRISE MEDIA, Ltd., a British Limited Company, MIKE HERMANN, a.k.a. MAIK HERRMANN, a resident of Germany; THORSTEN PALICKI, a resident of Germany; and DOES 1 through 9 inclusive,<br><br>　　Defendants. | CASE NO.: C-08-4050 (MMC)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF IO GROUP'S MOTION TO SHORTEN TIME ; SETTING DEADLINE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND TO SERVE VIA E-MAIL<br><br>No Hearing Date Set |

## [PROPOSED] ORDER

　　Plaintiff filed a motion to shorten the notice period in advance of its Motion for Leave to File a Third Amended Complaint and to Serve Defendants via Electronic Mail.

-1-

Having considered the moving papers, supporting declarations and the arguments presented therein, and no opposition to the motion to shorten time having been filed, the Court hereby **GRANTS** the Motion.

The Court hereby vacates the date currently set for hearing of Plaintiff's Motion for Leave to File Its Third Amended Complaint and to Serve Defendants via Electronic Mail.

Defendants Thorsten Palicki and Maik Herrmann are **HEREBY ORDERED** to file any papers in opposition to Plaintiff's Motion for Leave to File a Third Amended Complaint and to Serve Defendants via Electronic Mail within five (5) court days of ~~this order.~~ the date plaintiff electronically serves them with a copy of this order.

Plaintiff is hereby DIRECTED to serve a copy of this order on defendants Thorsten Palicki and Maik Herrmann, and to file proof of such service with the Court forthwith.

**IT IS HEREBY ORDERED**:

Dated: November 17, 2009

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE