**FILED**

Thorsten Palicki
Roßstr. 27
50823 Köln
Germany

NOV 20 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

California Northern District Court
Honorable Magistrate Judge Maxine M. Chesney
Attn: Richard W. Wieking
280 South 1st Street
San Jose, CA 95113
USA

Case No C-08-4050 (MMC)

Your Honor,

As announced in the last letter, we will communicate in the future only in German. Please see our response to your letter dated 23/10.2009 on the other sheet of paper.

Yours sincerely

Thorsten Palicki                    Maik Herrmann

(Google translation)



**RECEIVED**

NOV 20 2009

RICHARD W. WIEKING

Thorsten Palicki
Roßstr. 27
50823 Köln
Germany


California Northern District Court
Honorable Magistrate Judge Maxine M. Chesney
Attn: Richard W. Wieking
280 South 1st Street
San Jose, CA 95113
USA


Case No C-08-4050 (MMC)


Sehr geehrte Frau Vorsitzende Richterin Chesney,
Sehr geehrter Herr Wieking,


bezugnehmend auf Ihr Schreiben vom 23. Oktober 2009 möchten wir Sie bitten, uns dieses Schreiben erneut in Deutsch zukommen zu lassen. Wir haben Ihnen bereits in unserem vergangenen Schreiben mitgeteilt, dass wir weder Einwohner, noch Staatsbürger und ebenfalls keine Firmeninhaber in den USA sind. Unser Englisch beschränkt sich auf rudimentäre Kenntnisse aus der Schulzeit und in Ihrem Schreiben befinden sich zahlreiche Wörter und Wendungen, die wir nicht verstehen bzw. deren Bedeutung wir weder im umgangssprachlichen noch im juristischen Sinne kennen.

Wir wurden informiert, dass für jemanden, der keinen rechtlichen Bezug zu dem souveränen Staat USA hat, die Klage der Firma IO-Group nach rechtsstaatlichen Prinzipien der Bundesrepublik Deutschland nicht als zugestellt gilt. Die gesetzlichen Regelungen der Zivilprozessordnung der Bundesrepublik Deutschland wurden nicht beachtet bei der Zustellung.

Wir sind Staatsbürger und Einwohner des souveränen Staates Bundesrepublik Deutschland in der Europäischen Union. Die Vereinigten Staaten von Amerika haben keine Rechtbefugnis, über uns zu richten. Deswegen ist der Gerichtsort, San Francisco/San Jose nicht zuständig für uns. Falls die Firma IO-Group eine berechtige Forderung (welche wir abstreiten) vor Gericht gegen uns durchsetzen möchte, sollte sie dies vor einem Gericht tun, dass eine Gerichtsbarkeit über uns hat. Und dies ist definitiv kein Gericht in Nord-Kalifornien. Von daher ist die Klage gegen uns wegen des falschen Gerichtsstandes abzuweisen.

Des Weiteren möchte ich Sie bitten, die Firma IO-Group aufzufordern, uns ihr Schreiben in einer gerichtsverwendbaren Übersetzung in Deutsch zukommen zu lassen, damit sich unser Anwalt in Deutschland damit auseinander setzen kann. Eine Klage auf Englisch ist uns leider nicht möglich zu beantworten weil uns hier die notwendigen sprachlichen Kenntnisse fehlen und weil der souveräne Staat, dessen

Staatsbürger und Einwohner wir sind und unter dessen Gerichtsbarkeit wir fallen, ausschließlich Deutsch als Amtssprache benutzt und akzeptiert.

Mit freundlichen Grüßen

Thorsten Palicki                                                    Maik Herrmann