IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE REQUEST FOR ORDER DIRECTING DEFENDANTS TO CONDUCT COURT BUSINESS IN ENGLISH; DIRECTIONS TO PARTIES** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants / | |

Before the Court is plaintiff IO Group, Inc.'s Administrative Request Pursuant to Local Rule 7-11 for Order Directing Defendants to Conduct Court Business in English, filed December 3, 2009. No defendant has filed a response thereto.

Having read and considered plaintiff's request, the Court finds, for the reasons stated therein, good cause exists to grant the relief sought. Accordingly, plaintiff's request is hereby GRANTED, and the Court hereby DIRECTS all parties hereto to file all documents in English, or, to the extent a document in a language other than English must be filed, to provide therewith an English translation of the text.

With respect to the document filed by defendants Maik Herrmann ("Herrmann") and Thorsten Palicki ("Palicki") on November 20, 2009, which document is in the German language, the Court hereby DIRECTS said defendants to file, no later than January 15, 2010, an English language version of said document. If, as of January 15, 2010, Herrman

and Palicki have not filed an English language version of the November 20, 2009, the Court will strike the November 20, 2009 filing from the docket.

**IT IS SO ORDERED.**

Dated: December 17, 2009

MAXINE M. CHESNEY
United States District Judge