IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER STRIKING DOCUMENT FILED BY DEFENDANTS ON NOVEMBER 20, 2009** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants | |

By order filed December 17, 2009, the Court directed all parties to file all documents in English, or, to the extent a document in a language other than English must be filed, to provide therewith an English translation of the text. Further, with respect to a document filed on November 20, 2009 by defendants Maik Herrmann and Thorsten Palicki, which document is in the German language, the Court directed defendants to file, no later than January 15, 2010, an English language version of said document; the Court informed defendants that the document would be stricken if, by January 15, 2010, defendants had failed to file an English language version. To date, defendants have failed to file an English language version of the document they filed on November 20, 2009, or to otherwise respond to the Court's December 17, 2009 order.

//

Accordingly, the document filed by defendants on November 20, 2009 is hereby STRICKEN.

**IT IS SO ORDERED.**

Dated: January 22, 2010

_____
MAXINE M. CHESNEY
United States District Judge