IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants | |

In light of the pendency of plaintiff's "Request To Enter Default As To Defendants Sunrise Media, Ltd., Maik Herrmann, Thorsten Palicki, And PSI Services, SA," filed January 20, 2010, the Case Management Conference is hereby CONTINUED from February 5, 2010 to March 12, 2010. A Case Management Statement shall be filed no later than March 5, 2010.

**IT IS SO ORDERED.**

Dated: February 3, 2010

MAXINE M. CHESNEY
United States District Judge