IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC., | No. C-08-4050 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ANTELOPE MEDIA, LLC, et al., | |
| Defendants / | |

In light of the Clerk's having entered the default of each defendant who has been served with the Third Amended Complaint, the Court hereby CONTINUES the Case Management Conference from March 12, 2010 to July 2, 2010. A Case Management Statement shall be filed no later than June 25, 2010.

Further, plaintiff is hereby DIRECTED to file, no later than April 23, 2010, a motion for default judgment or a statement indicating why it should not be required to do so.

**IT IS SO ORDERED.**

Dated: March 10, 2010

_____
MAXINE M. CHESNEY
United States District Judge