UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC. et al,

        Plaintiff,

  v.

ANTELOPE MEDIA, LLC et al,

        Defendant.

Case Number: CV08-04050 MMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sunrise Media, Ltd.
69 Great Hampton Street, B18 E69
Birmingham,
United Kingdom,

Mike Hermann
Rosstr.27
50823 Koln
Germany,

Thorsten Palicki
Rosstr.27
50823 Koln
Gernany,

Dated: March 10, 2010

                                      Richard W. Wieking, Clerk

                                      By: Frank Justiliano, Deputy Clerk