IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IO GROUP, INC.,

        Plaintiff,

  v.

ANTELOPE MEDIA, LLC, et al.,

        Defendants.
                                  /

No. CV-08-4050 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** plaintiff's application for default judgment is hereby GRANTED, as follows:

    1. To the extent the application seeks an award of statutory damages, the application is hereby GRANTED, and plaintiff shall have judgment against defendants, jointly and severally, in the amount of $1,350,000.

    2. To the extent the application seeks a permanent injunction to prohibit future infringement, the application is hereby GRANTED. Accordingly, defendants, their agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, are hereby ENJOINED from copying, posting or making any other infringing use or infringing distribution of plaintiff's audiovisual works, photographs, or other copyrighted material.

3. To the extent the application seeks an order prohibiting defendants from transferring assets until the judgment is paid, the application is hereby GRANTED. Accordingly, defendants, their agents, representatives, servants, employees, attorneys, successors and assigns, and all others in active concert or participation with them, are hereby ENJOINED from transferring any domain name, or the proceeds thereof, formerly registered to Antelope, until such time as the judgment entered herein has been paid.

4. To the extent the application seeks an award of full costs, including attorney's fees, pursuant to 17 U.S.C. § 505, the application is hereby GRANTED. Plaintiff shall file a motion for its full costs, including attorney's fees, no later than 14 days from the entry of judgment.

Dated: June 1, 2010               Richard W. Wieking, Clerk

                                  By: Tracy Lucero
                                  Deputy Clerk