D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Fax: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC. d/b/a TITAN MEDIA, a California corporation, | CASE NO.: CV-08-4050 (MMC) |
| Plaintiff, | PLAINTIFF'S IO GROUP'S NOTICE OF MOTION AND MOTION FOR COSTS AND ATTORNEY'S FEE AWARD; AND [PROPOSSED] ORDER |
| vs. | |
| ANTELOPE MEDIA, LLC et al., | |
| Defendants. | ~~Date:   July 16, 2010~~<br>~~Time:   9:00 am~~<br>**CtRm: 7, 19th Fl.** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff moves the Court for reasonable attorney fees under 17 U.S.C. ¶ 505 and Local Civil Rule 54-5.  On July 16, 2010 at 9:00 a.m. or as soon thereafter as this matter may be heard by the above-entitled court, located at 450 Golden

-1-

Plaintiff's Application for
Reasonable Attorney's fees
CV-08-4050 (MMC)

Gate Avenue, San Francisco, California, 94102, Plaintiff Io Group, Inc. will present its Motion for Costs and Attorney's Fee Award against all Defendants.

**POINTS AND AUTHORITIES**

By Order on May 28, 2010 the Court awarded Plaintiff full costs, including attorney's fees, pursuant to 17 U.S.C. §505 and directed Plaintiff to file a motion for costs and fees no later than 14 days from the entry of the judgment. The Clerk entered judgment on June 1, 2010.

The Copyright Act provides that, in civil copyright actions, the Court may, at its discretion, "award a reasonable attorney's fee to the prevailing party as part of the costs. *17 U.S.C. § 505*. "In deciding whether to award fees under the Copyright Act, the Court shall consider the following factors: the degree of success obtained on the claim; frivolousness; motivation; objective reasonableness of factual and legal arguments; and need for compensation and deterrence." *Cadkin v. Bluestone*, 2007 U.S. Dist. LEXIS 83582 *1 (C.D. Cal. Apr. 9, 2007), citing, *Jackson v. Axton, 25 F.3d 884, 890 (9th Cir. 1994)*. Plaintiff was entirely successful on its claims, its motives were just, it arguments reasonable and the need for deterrence is great.

Since the Court awarded fees and cost, the purpose of this motion is simply to establish a reasonable amount for the award.

As set forth fully in the accompanying Declaration of D. Gill Sperlein in support of this Motion, Plaintiff is entitled to recover $8,990.00 in attorney fees.[1] (Sperlein Decl. at

---

[1] Plaintiff only seeks fees for work preformed after November 1, 2009.

-2-

Plaintiff's Application for
Reasonable Attorney's fees
CV-08-4050 (MMC)

¶7; Ex. A.)  Plaintiff's counsel carefully tracked billable hours.  (*Id.*)  Plaintiff's counsel is well qualified and has considerable experience in this field of the law.  (*Id.* at ¶¶ 2 and 3.)  The rates charged by Plaintiff's counsel, if anything are lower than the average litigation counsel in the San Francisco Bay Area.  (*Id.* at ¶ 5.)  The amount of time spent on each task was also reasonable.  Accordingly, Plaintiff seeks an award of attorney's fees in the amount of $$8,990.00.

Plaintiff seeks costs in the amount of $350 for the filing fee and $1,158.67 for costs relating to service of process including process server fees, mailing fees and other related expenses for a total of $1,508.67.  (*Id.* at ¶ 8; Ex. B and C.)

Plaintiff submits this matter on the record before the Court and consents to have the motion ruled upon without oral argument.

## CONCLUSION

Plaintiff's request for attorney's fees is reasonable.

Respectfully Submitted,

Dated: *June 7, 2010*                    */s/ D. Gill Sperlein*
                                         _____
                                         GILL SPERLEIN
                                         GENERAL COUNSEL, IO GROUP, INC.
                                         Attorney for Plaintiff Io, Group, Inc.

-3-

Plaintiff's Application for
Reasonable Attorney's fees
CV-08-4050 (MMC)

**[PROPOSED] ORDER**

Having fully considered Plaintiff's Motion for Attorney's Fees and the Declarations and Exhibits in support thereof ^and no opposition having been filed, and reviewing the record, the Court **GRANTS** the Motion and awards attorney's fees in the amount of $8,990.00 and costs in the amount of $1,508.67.

The July 16, 2010 hearing is hereby VACATED.

DATED: July 8, 2010

/s/ Susan Illston for
_____
Maxine M. Chesney
United States District Judge

-4-

Plaintiff's Application for
Reasonable Attorney's fees
CV-08-4050 (MMC)