D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Fax: (415) 404-6616
gill@sperleinlaw.com

Attorney for Plaintiff
IO GROUP, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>    Plaintiff,<br><br>         vs.<br><br>ANTELOPE MEDIA, LLC, et al., ,<br><br>    Defendants. | CASE NO.:   C-08-4050 (MMC)<br><br>[PROPOSED] ORDER TO FILE DOCUMENTS UNDER SEAL |

Having considered Plaintiff's Administrative Request to File Documents Under Seal, the Declaration of D. Gill Sperlein in support thereof and the file in this matter, Plaintiff is hereby directed to file under seal the documents identified in the Declaration of D. Gill Sperlein in support of Plaintiff's Administrative Request.

In the event the Court issues an order or orders addressing any of the subject documents, ~~IT IS SO ORDERED.~~ however, the order(s) shall be filed in the public record unless plaintiff provides authority for the filing of such order(s) under seal.

  IT IS SO ORDERED.

Dated:  July 20, 2010

                                        /s/ Vaughn R Walker for
                                        MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE

-- 1 --

[PROPOSED] ORDER TO FILE UNDER SEAL
C-08-4050 (MMC)